UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )
                      Plaintiff,        )        3:19-cr-0009 DMC
                                        )     Case No. 3:19-mj-0031 DMC
                                        )
                      v.                )     RELEASE ORDER NO. _____
Gabino Ortega Villalobos                )
                                        )     ORDER FOR RELEASE OF
                      Defendant.        )         PERSON IN CUSTODY


TO:    UNITED STATES MARSHAL:

       This is to authorize and direct you to release  Gabino Ortega Villalobos

_____ , Case No.  3:19-mj-0031 DMC  ,

Charge  43 CFR 8365.1-4(b)(i), cultivating, manufacturing, or distributing
a controlled substance on federal lands
from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

       _____ Release on Personal Recognizance

       _____ Bail posted in the sum of $_____

       _____ Unsecured Appearance Bond

       _____ Appearance Bond with 10% Deposit

       _____ Appearance Bond with Surety

       _____ Corporate Surety Bail Bond

       __X__ (Other)  Defendant is released to ICE

       _____


       This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

       Issued at  Redding, California  on October 18, 2019

19 _____ at  2:00 a.m./p.m.

                                        By _____
Original – U.S. Marshal                     United States District Judge or
                                            United States Magistrate